IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00140-MOC-DSC

| TAMI BRUIN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| BANK OF AMERICA N.A., | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Allison J. Schoenthal and Robin L. Muir]" (documents ## 7-8) filed May 13, 2022. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 13, 2022

David S. Cayer
United States Magistrate Judge