IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00140-MOC-DSC

| | | |
|---|---|---|
| **TAMI BRUIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **BANK OF AMERICA N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Sophia Gold]" (document #12) filed June 15, 2022. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: June 15, 2022

David S. Cayer
United States Magistrate Judge