IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00140-MOC-WCM

| | |
|---|---|
| TAMI BRUIN, *on behalf of herself and all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 38) filed by Bradley R. Kutrow. The Motion indicates that Mr. Kutrow, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Laura Brys, who the Motion represents as being a member in good standing of the Bar of California. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 38) and **ADMITS** Laura Brys to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 26, 2023

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge