UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TAMI BRUIN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>   Defendant. | Case No. 3:22-cv-140-MOC-WCM |

**JOINT DECLARATION IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

We, David M. Wilkerson, Sophia Gold, Christopher Gold, and Andrew Shamis, declare and state that:

We are counsel of record for Plaintiffs and the proposed Class. We submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Unless otherwise noted, we have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them if called upon to do so.

**Background and Procedural History**

1. This multi-state putative class action alleges that Defendant Bank of America, N.A. ("Defendant" or "BANA") violated the consumer protection laws of New York, New Jersey, and North Carolina, and was unjustly enriched, through its practice of charging fees on otherwise free push transfers of accountholder funds via the National Automated Clearing House Association network to the accountholders' external account (the "Action").

2. Following the Court's Order on the Motion to Dismiss, and after the Court issued a Scheduling Order, the Parties[1] began an extensive discovery effort. Plaintiff Bruin served Interrogatories and Requests for Production of Documents and engaged in extensive negotiations with BANA over a confidentiality order and protocol to govern the exchange of electronically stored information.

3. The Parties immediately began meeting and conferring on various discovery issues, such as BANA's discovery responses, custodial ESI searches, and the production of transactional data.

4. BANA produced, and Plaintiffs' Counsel reviewed, critical internal documents related to BANA's ACH fee practices, such as bank contractual agreements and transactional database excerpts showing revenues from the disputed fees at issue, among others.

5. Plaintiffs also took the deposition of a BANA corporate representative. BANA took, and Plaintiffs defended, the deposition of Plaintiff Bruin, as well.

6. The Parties participated in a formal mediation session with Judge Diane Welsh (Ret.) on June 30, 2023, which ultimately resulted in the Parties reaching a settlement in principle. The Parties then proceeded with limited confirmatory discovery related to damages.

7. Under the Settlement, BANA will provide a Settlement Fund of $8 million, which alone represents approximately 37% of the estimated classwide damages.

8. In addition to this cash payment, however, BANA has also agreed to not assess fees on otherwise free push transfers of Accountholder funds via the National Automated Clearing

---

[1] The definitions and capitalized terms in the Settlement Agreement and Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement and for Certification of Settlement Class are hereby incorporated as though fully set forth in this Declaration and shall have the same meanings attributed to them in those documents.

1

House Association network to the Accountholders' external account, which will save Current and future Accountholders over $21,000,000 over the next five years in fees they otherwise would have been assessed. In short, the settlement benefits are tremendous.

9. The total monetary value of the Settlement is an estimated $8 million Settlement Fund combined with $21 million in business practice changes, equivalent to over 133% of the damages the Class could have recovered.

## Class Counsel Experience and Expertise

10. Counsel for both sides have significant experience in consumer class-action litigation involving deceptive practices, including those involving bank fees. Class Counsel are highly experienced in consumer class action litigation, as demonstrated by their firm resumes, and have brought that significant experience to bear in litigating and settling this case.

11. Class Counsel collectively have decades of experience litigating consumer class actions (including those against financial institutions) and have litigated and settled dozens of class actions involving deceptive practices, banking fees, and other types of allegedly wrongful conduct by financial institutions.

12. Proposed Liaison Counsel David M. Wilkerson is a graduate of the University of South Carolina Law School and member of good standing of the North Carolina Bar and the South Carolina Bar. He is a Senior Principal at The Van Winkle Law Firm with nearly 25 years of experience. He currently serves as class counsel in numerous class actions around the nation and practices in the area of complex business litigation. He served for six years on the council for the Antitrust and Complex Litigation Section of the North Carolina Bar Association and served on the North Carolina Business Court Rules Committee. His recent leadership in class actions includes, but is not limited to, serving as co-lead counsel in *Gaston v. Lexis Nexis*

*Risk Solutions, et al.,* No. 5:16-cv-9 (W.D.N.C.); class counsel in *In Re Blue Cross Antitrust,* No. 2:13-cv-20000 (N.D.A.L.); interim liaison counsel in *In Re Sanderson and Koch Broiler Chicken Grower Litigation,* No. 7:10-cv-00031 (E.D.N.C); co-lead counsel in *Morris v. Bank of America, N.A.,* No. 3:18-CV-157 (W.D.N.C.); class counsel in *Boardman v. Green Dot Corporation*, No. 3:21-cv-00174 (W.D.N.C.); and co-lead counsel in *Millwood v. State Farm Life Insurance Company*, No. 7:19-cv-01445 (D.S.C.) He practices in courts around the nation. Since 2021, he has argued cases in the Ninth Circuit Court of Appeals, the Federal Circuit Court of Appeals, the United States Patent and Trademark Appeal Board in Washington, D.C., and served as counsel in class actions in South Carolina, Oklahoma, Virginia, and Missouri, among others.

13. Proposed Co-lead Counsel Sophia Gold is a graduate of the University of California, Berkeley, School of Law and a member in good standing of the District of Columbia Bar and the State Bar of California. She has substantial experience with consumer class actions in both state and federal court. She has won contested motions for class certification; briefed, argued, and overturned dispositive lower court rulings at the federal appellate level; and worked extensively with economics and information technology experts to build damages models. She has also successfully resolved numerous class actions by settlement, resulting in hundreds of millions of dollars in relief for millions of class members. Her firm, KalielGold PLLC has extensive class action experience, and has been appointed as class counsel in numerous class actions, including, but not limited to *Robinson v. First Hawaiian Bank*, No.17-1-0167-01 GWBC (1st Cir. Haw.); *Liggio v. Apple Federal Credit Union*, No. 18-cv-01059 (E.D. Va.); *Brooks et al. v. Canvas Credit Union*, No. 2019CV30516 (Dist. Ct. for Denver Cnty., Colo.); *Roberts v. Capital One*, No. 1:16-cv-04841 (S.D.N.Y.); and *Walters v. Target Corporation*, No. 3:16-CV-01678-L-MDD (S.D. Cal.); *Lambert v Navy Federal Credit Union*, No. 1:19-cv-00103 (E.D. Va.); *Perks v Activehouse*

*d/b/a Earnin*, No. 5:19-cv-05543 (N.D. Cal.); *White v Members 1st Credit Union*, No. 1:19-cv-00556 (M.D. Pa.), and numerous other actions in state and federal courts across the country.

14. Proposed Co-lead Counsel Christopher Gold has experience litigating all genres of class action and multidistrict litigation against the most sophisticated litigants, including cases involving false advertising, consumer fraud, data breach, privacy, securities fraud, merger & acquisitions, and insurance. Mr. Gold served on the Plaintiffs' Steering Committee in *In re Allergan Biocell Textured Breast Implant Prods, Liab. Litig.* (D.N.J.), and he sat on the Law and Briefing and Government Entity Committees in *In re Juul Labs, Inc. Mktg., Sales Pracs., & Prods. Liab. Litig.*, where he represented the School Boards of Broward and Miami-Dade County, and other government entities seeking damages caused by the public nuisance of youth e-cigarette use in those communities. Mr. Gold also served as Class Counsel in *In re Facebook Biometric Information Privacy Litigation*, No. 3:15-cv-03747-JD (N.D. Cal.), which achieved a $650 million settlement against Facebook in a landmark biometric privacy case. As a result of that record-breaking achievement, Mr. Gold was named one of Florida's Most Effective Lawyers in the Privacy category by American Law Media, 2020. Mr. Gold also represented institutional investors and sovereign wealth funds in Brazilian arbitration proceedings against Brazilian oil giant, Petrobras, arising out of the company's massive Lava Jato fraud. Some of his other notable successes include a settlement valued at $15 million in *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.* (S.D. Cal.), a case arising from a massive data breach of Sony's PlayStation Network; a $15 million settlement in *Boland v. Gerdau S.A.* (S.D.N.Y.) on behalf of investors in a Brazilian steel conglomerate that failed to disclose its alleged bribery of Brazilian tax authorities; a $9 million settlement in *In re Winn-Dixie Stores, Inc. S'holder Litig.* (Fla. 4th Cir. Ct.), for former Winn-Dixie shareholders whose stock was undervalued in a buyout of the

company; and a $10 million settlement in *In re AuthenTec, Inc. S'holder Litig.* (Fla. 18th Cir. Ct.), on behalf of the former shareholders of AuthenTec following its buyout by Apple, which incorporated AuthenTec's fingerprint technology into the Apple iPhone.

15. Proposed Co-lead Counsel Andrew Shamis is the managing partner at Shamis & Gentile P.A. where he heads the class action and mass torts division of the firm. Mr. Shamis and his extensive experience in civil litigation has helped him recover over 1 billion dollars for consumers and plaintiffs throughout the country through his relentlessness, expertise, and calculated approach. Mr. Shamis is routinely certified class counsel which has resulted in many favorable class settlements. In connection with litigating class cases throughout the country, Mr. Shamis has made it a point to become permanent members of many bars to effectively represent those communities. Mr. Shamis is permanently admitted to practice law in the states of Illinois, Florida, New York, Georgia, Ohio, Arizona, and Texas, as well as the U.S. District Courts for the Southern, Middle, and Northern Districts of Florida, Northern, Eastern, Western, and Southern Districts of New York, Northern and Southern District of Illinois, Northern, Middle, and Southern District of Georgia, Eastern and Western Districts of Michigan, Eastern and Western Districts of Wisconsin, Northern District and Southern Districts of Ohio, Southern District of Indiana, Eastern and Western Districts of Missouri, Western and Eastern Districts of Oklahoma, Northern, Western, Eastern, and Southern District of Texas, Eastern and Middle District of Tennessee, US District Court of Colorado, US District Court for Arizona, and the US District Court of Nebraska. Some of Mr. Shamis' successes include the following: *Albrecht v. Oasis Power, LLC*, No. 1:18-cv-1061 (N.D. Ill. 2018) ($7,000,000.00 ClassSettlement); *Cortazar v. CA Management Services Parent, LLC*, No. 19-cv-22075 (S.D. Fla. 2019)($1,500,000.00 Class Settlement); *DeFranks v. Nastygal.com USA Inc.*, No. 19-cv-23028-DPG (S.D. Fla. 2019) ($4,025,000 Class Settlement); *Deleon III, et.*

*al. v. Direct General Insurance Company, et. al.*, No. 19-CA-001636 (9th Judicial Circuit, Osceola County) ($2,450,000 Class Settlement); *Dipuglia v. US Coachways, Inc.*, No. 17-23006-Civ, 2018 U.S. Dist. LEXIS 72551 (S.D.Fla. 2018) ($2,600,000 Class Settlement); *Eisenband v. Schumacher Automotive, Inc.*, No. 18-cv-01061 (S.D. Fla 2018)($5,000,000 Class Settlement); *Flores v. Village Ford, Inc.*, No. 2:19-CV-12368 (E.D. Mich. 2019) ($1,050,000 ClassSettlement); *Gottlieb v. Citgo Corporation*, No. 16-cv-81911 (S.D. Fla. 2016) ($8,300,000 Class Settlement); *Halperin v. YouFit Health Clubs, LLC*, No. 18-CV-61722-WPD (S.D. Fla. 2018)($1,418,635 Class Settlement); *Hindes v. Ohio Mutual Insurance Company*, No. 20CV007627 (Franklin County, OH) ($1,875,000 Class Settlement); *Jacques, et. al. v. Security National Insurance Company*, No. CACE-19-002236 (17th Judicial Circuit, Broward County) ($6,000,000 Class Settlement); *Jones v. Washington State Employee's Credit Union*, No. 20-2-06596-5 (Superior Court of the State of Washington County of Pierce) ($2,400,000 Class Settlement).

16. Based on their experience, Class Counsel endorses the Settlement as fair and adequate.

17. Class Counsel is not aware of other pending individual litigation against BANA regarding the practices at issue in this Action.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 11th day of September, 2023 at Asheville, North Carolina.

*s/ David M. Wilkerson*  
David M. Wilkerson

Dated this 11th day of September, 2023 at San Francisco, California.

*s/ Sophia Gold*  
Sophia Gold

Dated this 11th day of September, 2023 at Miami, Florida.

*s/ Christopher Gold*
Christopher Gold

Dated this 11th day of September, 2023 at Miami, Florida.

*s/Andrew Shamis*
Andrew Shamis

7