UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-140-MOC-WCM

TAMI BRUIN, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (the "Motion"), (Doc. No. 47), pursuant to Federal Rule of Civil Procedure 23(h).

The Motion is **GRANTED**. Class Counsel shall be awarded attorneys' fees in the amount of one-third of the Settlement Fund ($2,666,667.00), awarded reimbursement of their costs totaling $47,747.85, and each of the Class Representatives are entitled to a Service Award of $5,000 each as set forth in the in the Settlement Agreement.

**SO ORDERED**.

Signed: February 29, 2024

Max O. Cogburn Jr.
United States District Judge