UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-140-MOC-WCM

| | |
|---|---|
| TAMI BRUIN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | **ORDER** |

**THIS MATTER** is before the Court on its own motion following informal communications with the parties.

The Court hereby **VACATES** its Order granting Plaintiffs' Motion for Attorney Fees. See (Doc. No. 48). The Court will consider a renewed motion following the hearing scheduled for April 30, 2024.

**SO ORDERED**.

Signed: March 6, 2024

Max O. Cogburn Jr
United States District Judge