# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| TAMI BRUIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 3:22-cv-140-MOC-WCM |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs Tami Bruin and Eline Barokas ("Class Representatives"), on behalf of themselves and a proposed class of current and former Bank of America, N.A. ("BANA") accountholders, move for entry of an Order granting Final Approval of the Settlement Agreement. The grounds for this Motion are set forth in a Memorandum filed contemporaneously herewith.

The Court's final approval of the Settlement is warranted for the reasons fully stated in said Memorandum.

The Class Representatives respectfully request that said Order include the following: (1) grant Final Approval to the Settlement; (2) certify the proposed Settlement Class for settlement purposes, pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure; (3) grant Plaintiffs' pending Motion for Attorneys' Fees, Costs, and Class Representative Service Awards (Dkt. No. 47); and (4) enter Final Judgment.

Dated: April 1, 2024                    Respectfully submitted,

<u>s/ David M. Wilkerson</u>
David M. Wilkerson
NC State Bar No. 35742
**THE VAN WINKLE LAW FIRM**
11 North Market Street
Asheville, NC 28801
(828) 258-2991
dwilkerson@vwlawfirm.com

Jeffrey D. Kaliel (pro hac vice)
Sophia Gold (pro hac vice)
**KALIELGOLD PLLC**
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Andrew J. Shamis (pro hac vice)
Edwin E. Elliott (pro hac vice)
**SHAMIS & GENTILE, P.A.**
14 N.E. 1st Avenue, Suite 1205
Miami, FL 33132
(305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com

Scott Edelsberg (pro hac vice)
Christopher Gold (pro hac vice)
**EDELSBERG LAW, P.A.**
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
(786) 289-9471
scott@edelsberglaw.com
chris@edelsberglaw.com

*Counsel for Plaintiffs and the Class*